UNITED STATE DISTRICT COURT
DISTRICT OF CONNECTICT

| | | |
|---|---|---|
| LINA PACELLI, and | : | |
| FRANCESCO PACELLI | | |
| | : | |
| Plaintiffs | | CIVIL CASE NO. |
| | : | |
| v. | | |
| | : | |
| METRO-NORTH COMMUTER | | MARCH 14, 2014 |
| RAILROAD COMPANY | : | |
| Defendant | | |

## **COMPLAINT**

### **JURISDICTION**

The plaintiffs are residents of the State of Connecticut.  The defendant is incorporated and has a principal place of business in a state or states other than Connecticut.  Accordingly, this court has jurisdiction based upon diversity of citizenship pursuant to 28 U.S.C. § 1332(a)(1), and the amount in controversy exceeds $75,000.  Venue is appropriate in this district pursuant to 28 U.S.C. § 1391.

### **COUNT ONE: NEGLIGENCE**

1.  The defendant, Metro-North Commuter Railroad Company ("Metro-North"), is a foreign (New York) corporation with a place of business in Connecticut.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\25500-25999\25962 L. PACELLI\001 NEGLIGENCE VS. METRO NORTH - LMR\PLEADINGS\2014\PACELLI FEDERAL COMPLAINT.DOCX

2.	On May 17, 2013, Metro-North was in possession and control of a railroad track, related signals and track circuitry, including track 4, located in Bridgeport, Connecticut.

3.	On May 17, 2013, Metro-North was in possession and control of Metro-North passenger trains nos. 1548 and 1581, traveling north from New York to New Haven, and south from New Haven to New York, respectfully.

4.	On May 17, 2013, the plaintiff, Lina Pacelli, was a passenger on train no. 1548.

5.	On May 17, 2013, train no. 1548 derailed in Bridgeport Connecticut, causing extensive damage to train no. 1548 and severely injuring the plaintiff, Lina Pacelli.

6.	Thereafter, on May 17, 2013, train no. 1581 collided with train no. 1548, causing further injury to Lina Pacelli.

7.	The aforesaid derailment and collision were caused by the negligence of the defendant, its agents, servants, or employees.

8.	As a direct and proximate result of the aforesaid negligence, Lina Pacelli suffered the following painful serious personal injuries, some or all of which may be permanent in nature, including an acute compression fracture of the L2 vertebrae resulting in canal stenosis and a significant loss of vertebral body height of the L2 vertebral body.  In addition, she was caused to undergo a kyphoplasty surgical procedure.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\25500-25999\25962 L. PACELLI\001 NEGLIGENCE VS. METRO NORTH - LMR\PLEADINGS\2014\PACELLI FEDERAL COMPLAINT.DOCX

9. As a direct and proximate result of the aforesaid negligence of the defendant, Lina Pacelli has suffered and continues to suffer pain during the movement of her lower extremities.

10. As a direct and proximate result of the aforesaid negligence of the defendant, Lina Pacelli has suffered and continues to suffer nightmares, mental anguish, frustration and anxiety over the fact that she was and remains injured.  In addition, she has a fear of riding on trains and is no longer able to use a train as a form of transportation.

11. As a direct and proximate result of the aforesaid negligence of the defendant, Lina Pacelli has incurred and will continue to incur in the future, expenses for medical care and treatment, including surgery, medication, x-rays, diagnostic testing, treatment and physical therapy, all of which has caused and will continue to cause her loss and damage.

12. As a direct and proximate result of the aforesaid negligence of the defendant, Lina Pacelli was unable to perform the duties of her occupation as she had prior to the above collision, which caused her financial loss and damage.

13. As a direct and proximate result of the aforesaid negligence of the defendant, Lina Pacelli has suffered and will continue to suffer a decrease in her capacity to engage in and enjoy life's activities as she was able to prior to the above collision and resulting injuries.

## COUNT TWO: LOSS OF CONSORTIUM

1. The allegations of count one are realleged herein.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\25500-25999\25962 L. PACELLI\001 NEGLIGENCE VS. METRO NORTH - LMR\PLEADINGS\2014\PACELLI FEDERAL COMPLAINT.DOCX

2. Franceso Pacelli is the husband of Lina Pacelli and has sustained a loss of consortium.

WHEREFORE, in order to fairly and justly compensate the plaintiffs, the plaintiffs demand judgment of Ten Million Dollars ($10,000,000), with interest on such amount as allowed by law from the date of judgment until paid, along with costs of this suit, attorneys' fees, and such other and further relief as this Court deems just and equitable.

### **DEMAND FOR TRIAL BY JURY**

The plaintiffs demand a trial by jury.

            THE PLAINTIFFS

            BY: # ct23802 Marisa A. Bellair
            Steven. J. Errante, Esq. (ct04292)
            Marisa Bellair, Esq. (ct23802)
            Lynch, Traub, Keefe & Errante
            Tel. (203) 787 0275
            Fax: (203) 782 0278

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\25500-25999\25962 L. PACELLI\001 NEGLIGENCE VS. METRO NORTH - LMR\PLEADINGS\2014\PACELLI FEDERAL COMPLAINT.DOCX